UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT RHODES,<br><br>Defendant. | CV 21-110-M-DLC-KLD<br><br>**DECLARATION OF SERVICE OF DETECTIVE DAVID B. HALL** |

I, Detective David B. Hall, being duly sworn, hereby declare:

1. I am over the age of eighteen years and am not a party to or otherwise interested in the above-captioned matter.

2. I have been duly authorize to make service of the Summons and Complaint in the above-captioned matter.

3. On October 20, 2021, at approximately 3:09 p.m., I personally served Scott Rhodes with a copy of the Summons, Complaint, and Exhibits to the Complaint in the above-captioned matter.

4. I served Mr. Rhodes at the Ace Hardware store located at 507 West 9th Street, Libby, Montana 59923. Though it is my understanding that Mr. Rhodes resides at 1104 Louisiana Avenue, Libby, MT 59923, I encountered him while he was out of the home, at the Ace Hardware at the above address.

5.   Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 21, 2021, in Libby, Montana

_____
Detective David B. Hall
512 California Avenue,
Libby, MT 59923