# U.S. DISTRICT COURT
## District of Montana
### Pro Se Registration Form
### For the Electronic Case Filing System (CM/ECF)

Please complete a form for *each case* you have before the Court.

*All fields are required.*

_____ Please register me to **file documents** electronically** and **receive service** of **documents and notice of electronic filings sent to my email*** via the Court's electronic filing system (CM/ECF). By signing this agreement you waive your ability to file your documents in paper form over the counter or through the mail.

Name: _____    Case No: _____

E-mail Address: _____    Phone no: _____

Address: _____

/s/ Scott Rhodes
_____    _____
Signature (Type an "/s/" and your name, or print and sign)    Date signed

* By registering for electronic service, you waive your right to receive service of documents by first class mail. *See* [Federal Rule Civil Procedure 5(b)(2)(E).](#) Instead, you will be sent a Notice of Electronic Filing via e-mail. Upon receipt of this notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records). PACER is an automated system that allows an individual to view, print, and download documents for a nominal fee. It is required that you establish a **PACER - Case Search Only** account, by visiting the [PACER website.](#)

**By registering for electronic filing, you must familiarize yourself with and follow rules and procedures of the Court, such as the [Federal Rules of Civil Procedure](#), [Local Rules](#), and the [Guide to Electronic Filing](#). The Clerk of Court reserves the right to revoke or suspend the electronic filing privilege of any electronic filer who varies from these procedures.

**Email this Form:  Save a copy** of this form to your computer and then send it as an attachment to: mtd_registration@mtd.uscourts.gov

**PACER Registration:** You are also required to request CM/ECF access via pacer.gov. Visit the PACER site and review the [Non-attorney Filers for CM/ECF](#) instructions for guidance. You will receive email confirmation of your registration when it is processed.

For assistance, please contact the **CM/ECF Help Desk at (866)463-4052.**