IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SCOTT RHODES,<br><br>                Defendant. | CV 21-110-M-DLC-KLD<br><br>ORDER |

Defendant Scott Rhodes, who is proceeding pro se, has filed a motion to continue the preliminary pretrial conference scheduled to take place by Zoom on February 27, 2023, so that he can have additional time to prepare. Defendant also requests that he be permitted appear in person for the pretrial conference because "he does not have computer/internet/phone access that is predictably available/reliable/stable" to participate in a "conference via the proprietary third-party company Zoom (or similar format)." (Doc. 28). The United States does not oppose continuing the pretrial conference for a period of 30 days. Accordingly, and good cause appearing,

IT IS ORDERED that Rhodes' motion is GRANTED and the preliminary pretrial conference scheduled for February 27, 2023 is VACATED and reset for March 27, 2023 at 11:00 a.m. Mountain Standard Time. The parties shall submit

their preliminary pretrial statements, joint discovery plan, and statement of stipulated facts on or before March 20, 2023.

IT IS FURTHER ORDERED that the preliminary pretrial conference will be conducted telephonically. All counsel, and any party proceeding pro se, shall call 1-866-390-1828 at the designated time to participate in the scheduling conference. When prompted, enter the access code 8447649 followed by #.

DATED this 26th day of January, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge