# AFFIDAVIT

Pursuant to the requirements of 28 U.S.C. 144, this serves as an affidavit that I personally read the statements made and signed by Judge Dana L. Christensen reflected in the record and repeated in the accompanying Motion to Disqualify Article III Judge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30 2023

_____
Scott Rhodes

State of Idaho         )
County of Boundary ) ss
On this 30th day of January, in the year 2023, before me, Kelly Navarro, a notary public, personally appeared Scott Rhodes proven to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged he/she/they executed the same.

_____
Notary Public
My commission expires: July 21, 2028

KELLY NAVARRO
COMMISSION #20223505
NOTARY PUBLIC
STATE OF IDAHO
MY COMM. EXPIRES JULY 21, 2028