UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT RHODES,<br><br>  Defendant. | Case No. 21-110-M-DLC-KLD |

### CERTIFICATE OF COUNSEL

I, Scott Rhodes, pro se Defendant, hereby certify that the accompanying Motion to Disqualify Article III Judge is made in good faith.

DATED this 30th day of January, 2023

By: *s/Scott Rhodes*

1