IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 21–110–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SCOTT RHODES, | |
| Defendant. | |

    Before the Court is Defendant Scott Rhodes's Objection to Magistrate Judge's Order Denying Defendant's Motion to Transfer Venue. (Doc. 30.) Mr. Rhodes previously objected to Judge Kathleen L. DeSoto's Findings and Recommendation. (Doc. 13.) This Court adopted those Findings and Recommendations in full. (Doc. 15.) Mr. Rhodes also filed an objection to Judge DeSoto's Order granting the United States's Motion to Strike. (Doc. 23.) This Court affirmed Judge DeSoto's Order. (Doc. 24.)

    Consent to the jurisdiction of a United States Magistrate Judge was either withheld or met with objection in this matter. (Doc. 8.) Given Mr. Rhodes's continued objection to orders—both dispositive and non-dispositive—issued by Judge DeSoto, the Court finds that it is in the best interest of judicial economy to withdraw its referral of this matter to Judge DeSoto at this time.

Accordingly, IT IS ORDERED that the Court withdraws its referral to United States Magistrate Judge Kathleen L. DeSoto (Doc. 19). The case remains assigned to the Honorable Dana L. Christensen for all further proceedings.

DATED this 21st day of February, 2023.

Dana L. Christensen, District Judge
United States District Court