**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General
**ARUN G. RAO**
Deputy Assistant Attorney General
**AMANDA N. LISKAMM**
Director, Consumer Protection Branch
**LISA K. HSIAO**
Assistant Director
**PATRICK R. RUNKLE**
Senior Litigation Counsel
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 532-4723
    Email: Patrick.R.Runkle@usdoj.gov
**MICHAEL J. WADDEN**
Trial Attorney
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 305-7133
    Email: Michael.J.Wadden@usdoj.gov
**SHANNON L. CLARKE**
Assistant U.S. Attorney
    U.S. Attorney's Office,
    P.O. Box 8329,
    Missoula, MT 59807
    Telephone: (406) 542-8851
    Email: shannon.clarke@usdoj.gov
**Attorneys for Plaintiff United States of America**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT RHODES,<br><br>Defendant. | CV 21-110-M-DLC-KLD<br><br>**Statement of Stipulated Facts** |
|---|---|

Pursuant to the Court's Orders (Docs. 27, 29), counsel for the United States and *pro se* Defendant Scott Rhodes conferred regarding whether there were any facts to which all parties agreed. Defendant informed Plaintiff that he was not prepared to stipulate to any facts.

**DATED** this 14th day of March, 2023

> Respectfully submitted,
>
> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> ARUN G. RAO
> Deputy Assistant Attorney General
>
> AMANDA N. LISKAMM
> Acting Director
> Consumer Protection Branch
>
> LISA K. HSIAO
> Assistant Director
>
> SHANNON L. CLARKE
> Assistant U.S. Attorney
>
>
> /s/ Michael J. Wadden
> PATRICK R. RUNKLE
> Senior Litigation Counsel
> MICHAEL J. WADDEN
> Trial Attorney
> Consumer Protection Branch
> United States Department of Justice
> Attorneys for Plaintiff United States

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2023, a copy of the foregoing document was served on the following persons by the following means.

_1,2_ CM/ECF
____ Hand Delivery
____ U.S. Mail
____ Overnight Delivery Service
____ Fax
____ E-Mail

1. Clerk of Court

2. Scott Rhodes
1104 Louisiana Avenue,
Libby, MT 59923

**/s/ Michael J. Wadden______**
**Michael J. Wadden**
**Trial Attorney**
**Attorney for Plaintiff**