BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ARUN G. RAO
Deputy Assistant Attorney General
AMANDA N. LISKAMM
Director, Consumer Protection Branch
LISA K. HSIAO
Assistant Director
PATRICK R. RUNKLE
Senior Litigation Counsel
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 532-4723
    Email: Patrick.R.Runkle@usdoj.gov
MICHAEL J. WADDEN
Trial Attorney
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 305-7133
    Email: Michael.J.Wadden@usdoj.gov
SHANNON L. CLARKE
Assistant U.S. Attorney
    U.S. Attorney's Office,
    P.O. Box 8329,
    Missoula, MT 59807
    Telephone: (406) 542-8851
    Email: shannon.clarke@usdoj.gov
Attorneys for Plaintiff United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT RHODES, <br><br> Defendant. | CV 21-110-M-DLC-KLD <br><br><br> **UNITED STATES OF AMERICA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff, the United States of America, by and through its undersigned counsel, hereby moves the Court for Partial Summary Judgment, pursuant to Federal Rule of Civil Procedure 56.

The United States respectfully requests that the Court grant summary judgment as to liability and find that Rhodes committed 4,959 violations of the Truth in Caller ID Act, 47 U.S.C. § 227(e)(1), and Truth in Caller ID Rule, 47 C.F.R § 64.1604, as set forth by the Federal Communications Commission (FCC) in its Forfeiture Order (Doc. 1-3).

In the alternative, the United States respectfully requests that the Court enter detailed factual findings as established under Rule 56(g)—as follows:

1. Rhodes knowingly caused a caller identification service to transmit misleading or inaccurate caller identification information in connection with:

    a. 837 telephone calls in connection with the August Iowa Campaign.

    b. 750 telephone calls in connection with the September Idaho Campaign.

    c. 766 telephone calls in connection with the October Florida Campaign.

    d. 583 telephone calls in connection with the November Georgia Campaign.

    e. 2,023 telephone calls in connection with the November–December Charlottesville, Virginia Campaign.

2. Rhodes acted with the intent to wrongfully obtain a thing of value in connection with:

    a. 837 telephone calls in connection with the August Iowa Campaign.

    b. 750 telephone calls in connection with the September Idaho Campaign.

    c. 766 telephone calls in connection with the October Florida Campaign.

    d. 583 telephone calls in connection with the November Georgia Campaign.

    e. 2,023 telephone calls in connection with the November–December Charlottesville, Virginia Campaign.

3. Rhodes acted with the intent to cause harm in connection with:

    a. 837 telephone calls in connection with the August Iowa Campaign.

    b. 750 telephone calls in connection with the September Idaho Campaign.

    c. 766 telephone calls in connection with the October Florida Campaign.

    d. 583 telephone calls in connection with the November Georgia Campaign.

    e. 2,023 telephone calls in connection with the November–December Charlottesville, Virginia Campaign.

The United States also requests that the Court enter a permanent injunction against Rhodes, the proposed terms of which are embodied in a Proposed Order of Permanent Injunction filed herewith. The only remaining issue in the case is setting the forfeiture amount, for which the Government requests the Court set a two-day trial.

In support of its Motion for Summary Judgment, the United States submits herewith a Brief in Support of Its Motion, a Statement of Undisputed Facts, the Declaration of Giovan Aloisio, with attached exhibits, and a Proposed Order of Permanent Injunction.

**DATED** this 13th day of October, 2023

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        ARUN G. RAO
        Deputy Assistant Attorney General

        AMANDA LISKAMM
        Director, Consumer Protection Branch

        LISA K. HSIAO
        Assistant Director

        SHANNON L. CLARKE
        Assistant U.S. Attorney

        <u>/s/ Michael J. Wadden</u>
        PATRICK R. RUNKLE
        Senior Litigation Counsel
        MICHAEL J. WADDEN
        Trial Attorney
        Consumer Protection Branch
        United States Department of Justice
        Attorneys for Plaintiff United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2023, a copy of the foregoing document was served on the following person by the following means.

<u> 1,2 </u>  CM/ECF
<u>    </u>  Hand Delivery
<u>    </u>  U.S. Mail
<u>    </u>  Overnight Delivery Service
<u>    </u>  Fax
<u>    </u>  E-Mail

1. Clerk of Court

2. Scott Rhodes
1104 Louisiana Avenue,
Libby, MT 59923

**/s/  Michael J. Wadden**
**Michael J. Wadden**
**Trial Attorney**
**Attorney for Plaintiff**