# EXHIBIT A30

# Charlottesville Police Department
## FIELD CASE SUPPLEMENT REPORT   CASE# 2018-00024201

### EVENT
| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 08/20/2018 12:00 | | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |

### OFFENSES
| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

### SUBJECT
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| Business | Victim | FEAST, | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) CHARLOTTESVILLE, VA 22902 | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE (434)244- | PHONE #2 | PHONE #3 | |

### SUBJECT
| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | |
|---|---|---|---|---|---|
| Adult | Reporting Party | GERTNER, ERIC TIMOTHY | | | |
| DOB | AGE or AGE RANGE 48  48 | ADDRESS (STREET, CITY, STATE, ZIP) CHARLOTTESVILLE, VA 22903 | | | |
| RACE | | SEX Male | HEIGHT or RANGE 5'8 | WEIGHT or RANGE 160 | HAIR Brown | EYE Blue |
| DL NUMBER/STATE / VA | | PRIMARY PHONE (434)960- | PHONE #2 | PHONE #3 | |

### SUBJECT
| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 | | |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP90 Bowlin | 08/20/2018 | Gore, Michael E | 08/20/2018 |

OF

CONTAINS PII

USA_00000588

# Charlottesville Police Department
## FIELD CASE SUPPLEMENT REPORT       CASE# 2018-00024201

### NARRATIVE

Officer Bowlin
08/20/2018
C2018-24201 (Supp)

On August 20th, 2018, I was contacted by Eric Gertner in reference to the automated voice call that has been going around to businesses near Downtown. Mr. Gertner stated he works at Feast located at ▮▮▮▮ ▮▮▮▮ Mr. Gertner advised me that his business received the call on August 16th, 2018 at around 1030hrs. Mr. Gertner stated that the caller ID showed "Wachovia" when they received the phone call.

No Further.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP90 Bowlin | 08/20/2018 | Gore, Michael E | 08/20/2018 |

CPD Case Supp 2018-00024201 Page 2 OF 2

CONTAINS PII                                                          USA_00000589