BRIAN M. BOYNTON
Acting Assistant Attorney General
ARUN G. RAO
Deputy Assistant Attorney General
GUSTAV W. EYLER
Director, Consumer Protection Branch
LISA K. HSIAO
Assistant Director
PATRICK R. RUNKLE
Senior Litigation Counsel
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 532-4723
    Email: Patrick.R.Runkle@usdoj.gov
MICHAEL J. WADDEN
Trial Attorney
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 305-7133
    Email: Michael.J.Wadden@usdoj.gov
SHANNON L. CLARKE
Assistant U.S. Attorney
    U.S. Attorney's Office
    P.O. Box 8329
    Missoula, MT 59807
    Phone: (406) 542-8851
    Email: shannon.clarke@usdoj.gov
Attorneys for Plaintiff United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SCOTT RHODES,<br><br>            Defendant. | CV 21-110-M-DLC-KLD<br><br>NOTICE OF FILING EXHIBITS CONVENTIONALLY |

Plaintiff has filed a Motion for Summary Judgment, Supporting Brief, and Statement of Undisputed Facts (Docs. 63-65).  Exhibits B3, B4, B5, B6, B7, B8, B9, B10, B11, B12, B13, B14, B15, B16, B17, B18, B19, B20, B21, B24, B25, B26, B27, B28, B29, B30, B31, B32, B33, B34, and B35 to the Statement of Undisputed Facts consist of multiple video and audio files which are not supported by CM/ECF.  Exhibits B1, B2, B22, and B23 are large excel spreadsheets which cannot be legibly converted to PDF for filing purposes.  Plaintiff hereby files this Notice of Filing Exhibits Conventionally.  A USB Drive containing Exhibits B1-B35 will be delivered to the Clerk of Court, along with this Notice, pursuant to Local Rule 5.1(b)(4).

**DATED** this 13th day of October, 2023.

                                                        **JESSE A. LASLOVICH**
                                                        **United States Attorney**

                                                        **/s/ Shannon L. Clarke**
                                                        **Assistant U.S. Attorney**
                                                        **Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 13th day of October, 2023, a copy of the foregoing document and a USB drive containing Exhibits B1-B35 was served on the following person by the following means.

| | |
|---|---|
| _____ | CM/ECF |
| ___1___ | Hand Delivery |
| ___2___ | FedEx |
| _____ | USAfx |
| _____ | E-Mail |

1. Clerk of Court

2. Scott Rhodes
   7167 1st St #862
   Bonners Ferry ID 83805

/s/ Shannon L. Clarke
Assistant U.S. Attorney
Attorney for Plaintiff