# EXHIBIT A64

ORIGINAL
(Redacted version)

1 | VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF
2 |               CHARLOTTESVILLE
3
4 | COMMONWEALTH OF VIRGINIA,
5 |         Plaintiff,
6 | v.
7
8 | JAMES ALEX FIELDS,
9 |         Defendant.

FILED
12.16.19 @ 1:30 P
Date & Time
City of Charlottesville
Circuit Court Clerk's Office
Llezelle A. Dugger, Clerk
By _____
Deputy Clerk

COURT PROCEEDINGS

Taken on

December 18, 2017
August 30, 2018
October 4, 2018
October 9, 2018
October 29, 2018
November 15, 2018
November 20, 2018
November 26-30, 2018
December 3-5, 2018
December 10&11, 2018

17.296

LANE'S COURT REPORTERS, INC.
401 8TH STREET NE
CHARLOTTESVILLE, VA 22902

```
 1  APPEARANCES:

 2  Joseph D. Platania                Denise Y. Lunsford
    Nina-Alice Antony                 414 E. Market Street
 3  P.O. Box 911                      Charlottesville, VA  22902
    Charlottesville, VA  22902        Attorney for Defendant
 4  Attorneys for Commonwealth
                                      John I. Hill
 5                                    404 S. Wayne Street
                                      Waynesboro, VA  22902
 6                                    Attorney for Defendant

 7

 8  BEFORE:   The Honorable Richard E. Moore

 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TABLE OF CONTENTS

| | | |
|---|---|---|
| December 18, 2017 | Term Day | Page 18 |
| August 30, 2018 | Motion | Page 20 |
| October 4, 2018 | Motion | Page 76 |
| October 9, 2018 | Motion | Page 81 |
| October 29, 2018 | Motion | Page 85 |
| November 15, 2018 | Motion | Page 91 |
| November 20, 2018 | Motion | Page 98 |
| November 26, 2018 | Trial - Day 1 | Page 131 |
| November 27, 2018 | Trial - Day 2 | Page 648 |
| November 28, 2018 | Trial - Day 3 | Page 1096 |
| November 29, 2018 | Trial - Day 4 | Page 1492 |
| November 30, 2018 | Trial - Day 5 | Page 1786 |
| December 3, 2018 | Trial - Day 6 | Page 2057 |
| December 4, 2018 | Trial - Day 7 | Page 2221 |
| December 5, 2018 | Trial - Day 8 | Page 2436 |
| December 6, 2018 | Trial - Day 9 | Page 2669 |
| December 7, 2018 | Trial - Day 10 | Page 2849 |
| December 10, 2018 | Trial - Day 11 | Page 2869 |
| December 11, 2019 | Trial - Day 12 | Page 2966 |

LANE'S COURT REPORTERS, INC.
401 8TH STREET NE
CHARLOTTESVILLE, VA 22902

USA_00000754