# EXHIBIT A73

Stockman, Jeanne W

| From: | Spezia, Kevin M *HS |
| --- | --- |
| Sent: | Tuesday, December 04, 2018 11:33 AM |
| To: | centurylink fraud |
| Cc: | Voice; |
| Subject: | Harassing Calls from 434-924-0420 |
| Attachments: | call-231104122018-198499.csv |
| Importance: | High |

To Whom it May Concern:

We have received a series of reports about harassing phone calls regarding the Heather Heyer case, which is ongoing in the City of Charlottesville. I'm sure you can appreciate the seriousness of this matter, as these calls are extremely distressing.

The calls are all originating from the spoofed caller ID number 434-924-0420; I have been told that they seem to be a recorded message.

Some examples:

| Caller | Callee | Start Timestamp |
| --- | --- | --- |
| 4349240420 | 434982 | 2018-12-04 10:52:51 |
| | 434924 | 2018-12-04 10:52:32 |
| | 434924 | 2018-12-04 10:50:12 |
| | 434924 | 2018-12-04 10:47:35 |
| | 434924 | 2018-12-04 10:46:55 |
| | 434297 | 2018-12-04 10:46:39 |
| | 434924 | 2018-12-04 10:46:08 |

I've attached a full register of the calls; all 169 calls appear to have all taken place from 09:13:00 to 10:52:00.

Any information or assistance would be greatly appreciated.

Thank you,

**Kevin Spezia**
Senior UC Engineer

**University of Virginia Health System**
Health Information & Technology
Voice Communications
434.297.4922

HIT Helpdesk 434.924.5334
hit.healthsystem.virginia.edu

1