**BRIAN M. BOYNTON**
**Principal Deputy Assistant Attorney General**
**ARUN G. RAO**
**Deputy Assistant Attorney General**
**AMANDA N. LISKAMM**
**Director, Consumer Protection Branch**
**LISA K. HSIAO**
**Assistant Director**
**PATRICK R. RUNKLE**
**Senior Litigation Counsel**
    **450 Fifth Street, NW, Suite 6400S**
    **Washington, D.C. 20001**
    **Telephone: (202) 532-4723**
    **Email: Patrick.R.Runkle@usdoj.gov**
**MICHAEL J. WADDEN**
**Trial Attorney**
    **450 Fifth Street, NW, Suite 6400S**
    **Washington, D.C. 20001**
    **Telephone: (202) 305-7133**
    **Email: Michael.J.Wadden@usdoj.gov**
**SHANNON L. CLARKE**
**Assistant U.S. Attorney**
    **U.S. Attorney's Office,**
    **P.O. Box 8329,**
    **Missoula, MT 59807**
    **Telephone: (406) 542-8851**
    **Email: shannon.clarke@usdoj.gov**
**Attorneys for Plaintiff United States of America**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CV 21-110-M-DLC-KLD** |
| **vs.** | |
| **SCOTT RHODES,** | **NOTICE OF APPEARANCE OF AMANDA K. KELLY** |
| **Defendant.** | |

I, Amanda K. Kelly, hereby notify the Court and all parties of record of my appearance before the U.S. District Court for the District of Montana on behalf of Plaintiff United States of America in the above-captioned matter. This notice affirms that I am authorized to practice in this Court.

**DATED** this 19th day of January 2024

*/s/Amanda.K.Kelly*
**Amanda K. Kelly**
**Trial Attorney**
**450 Fifth Street, NW, Suite 6400S**
**Washington, D.C. 20001**
**Telephone: (202) 235-4442**
**Amanda.K.Kelly@usdoj.gov**

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of January 2024, a copy of the foregoing document was served on the following person by the following means.

<u> 1,2 </u> CM/ECF
_____ Hand Delivery
_____ U.S. Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1.  Clerk of Court

2.  Scott Rhodes
    1104 Louisiana Avenue,
    Libby, MT 59923

**<u>/s/ *Amanda K. Kelly*</u>**
**Amanda K. Kelly**
**Trial Attorney**
**Attorney for Plaintiff**