**BRIAN M. BOYNTON**
**Principal Deputy Assistant Attorney General**
**ARUN G. RAO**
**Deputy Assistant Attorney General**
**AMANDA N. LISKAMM**
**Director, Consumer Protection Branch**
**LISA K. HSIAO**
**Assistant Director**
**PATRICK R. RUNKLE**
**Senior Litigation Counsel**
**450 Fifth Street, NW, Suite 6400S**
**Washington, D.C. 20001**
**Telephone: (202) 532-4723**
**Email: Patrick.R.Runkle@usdoj.gov**
**MICHAEL J. WADDEN**
**AMANDA K. KELLY**
**Trial Attorneys**
**450 Fifth Street, NW, Suite 6400S**
**Washington, D.C. 20001**
**Telephone: (202) 305-7133**
**Email: Michael.J.Wadden@usdoj.gov**
**SHANNON L. CLARKE**
**Assistant U.S. Attorney**
**U.S. Attorney's Office,**
**P.O. Box 8329,**
**Missoula, MT 59807**
**Telephone: (406) 542-8851**
**Email: shannon.clarke@usdoj.gov**
**Attorneys for Plaintiff United States of America**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>         **Plaintiff,** | **CV 21-110-M-DLC-KLD** |
| **vs.**<br><br>**SCOTT RHODES,**<br>         **Defendant.** | **PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S LATE-FILED SUMMARY JUDGMENT MOTION** |

The United States respectfully moves, pursuant to this Court's scheduling order and the Court's inherent authority, to strike defendant Scott Rhodes' summary judgment motion and its associated filings.  A brief in support of this motion is filed concurrently herewith.

Counsel for the United States has notified Rhodes of this motion, and he has indicated he opposes the motion.

**DATED** this 19th day of January 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Acting Director
Consumer Protection Branch

LISA K. HSIAO
Assistant Director

*/s/ Patrick R. Runkle*
PATRICK RUNKLE
Senior Litigation Counsel
MICHAEL J. WADDEN
AMANDA K. KELLY
Trial Attorneys
Consumer Protection Branch
United States Department of Justice
Attorneys for Plaintiff United States

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January 2024, a copy of the foregoing document was served on the following person by the following means.

  1,2   CM/ECF
_____ Hand Delivery
_____ U.S. Mail
_____ Overnight Delivery Service
_____ Fax
_____ E-Mail

1.  Clerk of Court

2.  Scott Rhodes
    1104 Louisiana Avenue,
    Libby, MT 59923

**/s/ *Patrick R. Runkle***
**Patrick R. Runkle**
**Senior Litigation Counsel**
**Attorney for Plaintiff**