**BRIAN M. BOYNTON**
**Principal Deputy Assistant Attorney General**
**ARUN G. RAO**
**Deputy Assistant Attorney General**
**AMANDA N. LISKAMM**
**Director, Consumer Protection Branch**
**LISA K. HSIAO**
**Assistant Director**
**PATRICK R. RUNKLE**
**Senior Litigation Counsel**
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 532-4723
    Email: Patrick.R.Runkle@usdoj.gov
**MICHAEL J. WADDEN**
**AMANDA K. KELLY**
**Trial Attorneys**
    450 Fifth Street, NW, Suite 6400S
    Washington, D.C. 20001
    Telephone: (202) 305-7133
    Email: Michael.J.Wadden@usdoj.gov
**SHANNON L. CLARKE**
**Assistant U.S. Attorney**
    U.S. Attorney's Office,
    P.O. Box 8329,
    Missoula, MT 59807
    Telephone: (406) 542-8851
    Email: shannon.clarke@usdoj.gov
**Attorneys for Plaintiff United States of America**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>vs.<br><br>**SCOTT RHODES,**<br>    Defendant. | **CV 21-110-M-DLC-KLD**<br><br>**UNITED STATES OF AMERICA'S MOTION FOR PROTECTIVE ORDER AGAINST DEFENDANT** |

The United States respectfully moves, pursuant to Federal Rule of Civil Procedure 26(c)(1), the Court's inherent authority, and/or the All-Writs Act, to enter a protective order against Defendant Scott Rhodes. A brief in support of this motion is filed concurrently herewith.

Counsel for the United States has not notified Rhodes of this motion, because it believes a conference on this issue could cause further attempted harassment or intimidation of Government attorneys.

**DATED** this 1st day of February 2024

    Respectfully submitted,

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    ARUN G. RAO
    Deputy Assistant Attorney General

    AMANDA N. LISKAMM
    Acting Director
    Consumer Protection Branch

    LISA K. HSIAO
    Assistant Director

    **/s/ *Patrick R. Runkle***
    PATRICK RUNKLE
    Senior Litigation Counsel
    MICHAEL J. WADDEN
    AMANDA K. KELLY
    Trial Attorneys
    Consumer Protection Branch
    United States Department of Justice

Attorneys for Plaintiff United States

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2024, a copy of the foregoing document was served on the following person by the following means.

__1,2__  CM/ECF
____  Hand Delivery
____  U.S. Mail
____  Overnight Delivery Service
____  Fax
____  E-Mail

1. Clerk of Court           2. Scott Rhodes

/s/ *Patrick R. Runkle*
**Patrick R. Runkle**
**Senior Litigation Counsel**
**Attorney for Plaintiff**