|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 29 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>SCOTT RHODES,<br><br>　　　　Defendant - Appellant. | No. 24-4277<br><br>D.C. No.<br>9:21-cv-00110-DLC<br>District of Montana,<br>Missoula<br><br>ORDER |

Before: SCHROEDER and HURWITZ, Circuit Judges.

The motion to file a late response to the motion to stay the district court's judgment pending appeal (Docket Entry No. 6) is granted. The Clerk will file the response submitted at Docket Entry No. 7.

The motion to stay the district court's March 19, 2024 judgment pending appeal (Docket Entry No. 3) is denied without prejudice to renewal following presentation to the district court. *See* Fed. R. App. P. 8(a)(1).

The existing briefing schedule remains in effect.